UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   LUIS ESQUEDA                                      Case No.: 10-36432
         LORENA ESQUEDA

         Debtor(s)

------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/16/2010.

2) This case was confirmed on 10/25/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/05/2011.

6) Number of months from filing to the last payment:  14

7) Number of months case was pending:  16

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted:  NA

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---:|
| | Total paid by or on behalf of the debtor | $ 3,775.00 |
| | Less amount refunded to debtor | $ 59.49 |
| **NET RECEIPTS** | | $ 3,715.51 |

**Expenses of Administration:**

| | | |
|---|---|---:|
| | Attorney's Fees Paid through the Plan | $ 3,109.00 |
| | Court Costs | $ .00 |
| | Trustee Expenses and Compensation | $ 211.16 |
| | Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,320.16 |
| Attorney fees paid and disclosed by debtor | | $ 391.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DISCOVER FINANCIAL S | UNSECURED | 6,914.00 | 6,914.32 | 6,914.32 | 123.75 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 3,429.00 | 3,504.65 | 3,504.65 | 62.73 | .00 |
| CITIMORTGAGE INC | SECURED | 200,000.00 | 222,292.15 | .00 | .00 | .00 |
| CITIMORTGAGE INC | UNSECURED | 25,022.00 | .00 | .00 | .00 | .00 |
| ASSOCIATED PATHOLOGI | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| ASSOCIATED PATHOLOGI | OTHER | .00 | NA | NA | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | 5,867.00 | 5,867.69 | 5,867.69 | 105.02 | .00 |
| CR EVERGREEN LLC | UNSECURED | 3,428.00 | 3,428.09 | 3,428.09 | 61.36 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,930.00 | 2,019.05 | 2,019.05 | 22.43 | .00 |
| CONDELL MEDICAL CENT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CONDELL MEDICAL CENT | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT FIRST | UNSECURED | 1,805.00 | 1,805.69 | 1,805.69 | 20.06 | .00 |
| ELMHURST ANESTHESIA | UNSECURED | 2,465.00 | NA | NA | .00 | .00 |
| ELMHURST ANESTHESIA | OTHER | .00 | NA | NA | .00 | .00 |
| ELMHURST ANESTHESIA | UNSECURED | 217.00 | NA | NA | .00 | .00 |
| ELMHURST ANESTHESIA | OTHER | .00 | NA | NA | .00 | .00 |
| ELMHURST RADIOLOGIST | UNSECURED | 167.00 | NA | NA | .00 | .00 |
| ELMHURST RADIOLOGIST | OTHER | .00 | NA | NA | .00 | .00 |
| ELMHURST RADIOLOGIST | UNSECURED | 336.00 | NA | NA | .00 | .00 |
| ELMHURST RADIOLOGIST | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 557.00 | 553.65 | 553.65 | .00 | .00 |
| ELMHURST ANESTHESIA | UNSECURED | 334.00 | NA | NA | .00 | .00 |
| ELMHURST ANESTHESIA | OTHER | 334.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                Claim         Claim         Claim       Principal    Int. |
|   Name         Class    Scheduled     Asserted      Allowed       Paid       Paid |
|                                                                                |
|RESURRECTION MEDICAL  UNSECURED      75.00           NA            NA          .00       .00  |
|RESURRECTION MEDICAL  OTHER            .00           NA            NA          .00       .00  |
|PRA RECEIVABLES MANA  UNSECURED     544.00       544.36        544.36          .00       .00  |
|THD/CBSD              UNSECURED     597.00           NA            NA          .00       .00  |
|CITIMORTGAGE INC      SECURED          .00    11,069.59           .00          .00       .00  |
|CITIMORTGAGE INC      OTHER             NA           NA            NA          .00       .00  |
|PRA RECEIVABLES MANA  UNSECURED        .00       597.63        597.63          .00       .00  |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 25,235.13 | 395.35 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,320.16 |
| Disbursements to Creditors | $ | 395.35 |
| **TOTAL DISBURSEMENTS:** | $ | 3,715.51 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:　12/01/2011　　　　　　　　　　　　/s/ Tom Vaughn_____
　　　　　　　　　　　　　　　　　　　　　　Tom Vaughn, Chapter 13 Trustee

**STATEMENT**　: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**